DENNIS K. BURKE
United States Attorney
District of Arizona
ANN DEMARAIS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: ann.demarais@usdoj.gov
Attorneys for Plaintiff

___FILED ___LODGED
___RECEIVED ___COPY

2011 FEB -3 P 1:54

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>    v.<br><br>Kevin James,<br><br>              Defendant. | **INDICTMENT**<br><br>Violation:<br>18 U.S.C. § 111(a) and (b)   **VICTIM CASE**<br><br>(Assault on a Federal Officer; Assault on Federal Officer with Physical Injury)<br><br>CR11 - 430 TUC DCB/DTF |

THE GRAND JURY CHARGES:

## COUNT 1

On or about June 20, 2010, at or near Tucson, in the District of Arizona, KEVIN JAMES, did intentionally and forcibly assault Federal Corrections Officer Jaime Poquette, an officer of the United States or any agency thereof, while Officer Jaime Poquette was engaged in the performance of his official duties, making physical contact with Officer Poquette by punching him in the face, in violation of Title 18, United States Code, Sections 111(a).

## COUNT 2

On or about June 20, 2010, at or near Tucson, in the District of Arizona, KEVIN JAMES, did intentionally and forcibly assault Federal Corrections Officer Jamie Poquette, an officer of the United States or any agency thereof, while Officer Jaime Poquette was engaged in the performance of his official duties, by punching him in the face and did inflict bodily injury on Officer Jamie Poquette, that is, a bloody lip and contusion underneath his left eye, in violation of Title 18, United States Code, Sections 111(a) and 111(b).

## COUNT 3

On or about June 20, 2010, at or near Tucson, in the District of Arizona, KEVIN JAMES, did intentionally and forcibly assault Federal Corrections Officer Jaime Poquette, an officer of the United States or any agency thereof, while Officer Jaime Poquette was engaged in the performance of his official duties, making physical contact with Officer Poquette by biting him, in violation of Title 18, United States Code, Sections 111(a).

## COUNT 4

On or about June 20, 2010, at or near Tucson, in the District of Arizona, KEVIN JAMES, did intentionally and forcibly assault Federal Corrections Officer Jaime Poquette, an officer of the United States or any agency thereof, while Officer Jaime Poquette was engaged in the performance of his official duties, by biting him and did inflict bodily injury on Officer Jaime Poquette, that is, a puncture wound on his left thumb, in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

A TRUE BILL



Pre_____

DENNIS K. BURKE
United States Attorney
District of Arizona

FEB 03 2011

Assistant United States Attorney

REDACTED FOR
PUBLIC DISCLOSURE

United States vs. James
Indictment Page 2